**Opinion filed April 23, 2009**



In The

# Eleventh Court of Appeals

———————

## No. 11-06-00258-CV

———————

## MATBON, INC. AND WILLIAM EDGAR HUTTON, Appellants

## V.

## DENNIS AND DEBRA GRIES, Appellees

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. C40959**

## M E M O R A N D U M   O P I N I O N

The parties have filed in this case an agreed motion to dismiss. The parties state that they have reached a settlement and that this settlement has no effect on the opinion previously issued in this case. The motion is granted, and the appeal is dismissed.

April 23, 2009                                          PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.